UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROPER THOMSON,

                Plaintiff,

    v.

WHATCOM COUNTY,

                Defendant.

CASE NO. 2:26-cv-01577-KKE-BAT

**REPORT AND RECOMMENDATION FOR DISMISSAL WITHOUT PREJUDICE**

On April 30, 2026, Plaintiff applied to proceed *in forma pauperis* but failed to submit a complaint. Dkt. 1. On May 11, 2026, the Court ordered Plaintiff to file a verified complaint by June 8, 2026 if he intended to proceed, or the case may be dismissed. Dkt. 4. Plaintiff has not responded to the Court's order.

2. In deciding if this case should be dismissed for failure to prosecute, the Court weighs: (1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to Defendants; (4) the availability of less drastic alternatives; and (5) the public policy favoring disposition of cases on their merits." *Pagtalunan v. Galaza*, 291 F.3d 639, 642 (9th Cir. 2002). Each factor favors dismissal. The Court cannot expeditiously resolve the case and manage its docket without the filing of a complaint. Plaintiff has been notified he must file a complaint but has failed to respond. No less drastic alternative is

REPORT AND RECOMMENDATION FOR
DISMISSAL WITHOUT PREJUDICE - 1

available, and the case cannot be resolved on the merits absent a complaint. The putative Defendant is prejudiced because absent a complaint, it has no idea what claims it faces.

3.       As Plaintiff has failed to file a complaint and failed to respond to the order directing him to do so by June 8, 2026, the Court recommends the case be DISMISSED without prejudice.

## OBJECTIONS AND APPEAL

This Report and Recommendation is not an appealable order.  Plaintiff should thus not file a notice of appeal in the Court of Appeals for the Ninth Circuit until the assigned District Judge enters a judgment in the case.

Any objection to this report must be filed no later than **June 26, 2026.**  The Clerk shall note the matter for **June 29, 2026**, as ready for the District Judge's consideration. The failure to timely object may affect the right to appeal.

DATED this 12th day of June, 2026.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION FOR
DISMISSAL WITHOUT PREJUDICE - 2