UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROPER THOMSON,

               Plaintiff,

   v.

WHATCOM COUNTY,

               Defendant.

CASE NO. 2:26-cv-01577-KKE-BAT

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Brian Tsuchida. Dkt. No. 5. Therein, Judge Tsuchida recommended dismissal of this action for Plaintiff John Roper Thomson's failure to submit a complaint. *Id.* To date, Thomson has neither filed objections to the Report and Recommendation, nor cured the deficiency identified by Judge Tsuchida. Having reviewed, *de novo*, the Report and Recommendation of the United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The case is dismissed without prejudice.

(3)    The Clerk shall provide a copy of the order to Plaintiff.

ORDER OF DISMISSAL WITHOUT
PREJUDICE - 1

Dated this 30th day of June, 2026.

Kymberly K. Evanson
United States District Judge

ORDER OF DISMISSAL WITHOUT
PREJUDICE - 2